# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., | ) |
| Plaintiff, | ) C.A. No. 10-687-GMS |
| v. | ) |
| MOSAID TECHNOLOGIES INC., | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the admission *pro hac vice* of K. T. Cherian, Esq., Scott Wales, Esq. and Sarah Minchener Jalali, Esq., Howrey LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105 to represent defendant MOSAID Technologies Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

Dated: December 15, 2010
993455

*Attorneys for Defendant*
*MOSAID Technologies Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                                                            United States District Judge

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

      ☒ has been paid to the Clerk of the Court; or if not paid previously, the fee payment

      ☐ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 12/8/10

K. T. Cherian
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105-2708
(415) 848-4900
cheriank@howrey.com

992415

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court; or if not paid previously, the fee payment

☐ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 12-8-10

Scott Wales
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105-2708
(415) 848-4900
waless@howrey.com

992417

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California, Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

       ☒ has been paid to the Clerk of the Court; or if not paid previously, the fee payment

       ☐ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 12-8-10

Sarah Minchener Jalali
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105-2708
(415) 848-4900
jalalis@howrey.com

992416

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that, on December 15, 2010, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and the document is available for viewing and downloading from CM-ECF:

### BY CM/ECF, HAND DELIVERY AND E-MAIL

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

I hereby certify that on December 15, 2010 I have sent by E-mail the foregoing document to the following non-registered participants:

Eric R. Lamison, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Eric.lamison@kirkland.com

Steven Cherny, Esq.
Kirkland &Ellis LLP
601 Lexington Avenue
New York, NY 10022
Steven.cherny@kirkland.com

John M. Desmarais, P.C.
Desmarais LLP
230 Park Avenue
New York, NY 10169
jdesmarais@desmaraisllp.com

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

976598