```
 1              IN THE UNITED STATES DISTRICT COURT

 2              IN AND FOR THE DISTRICT OF DELAWARE

 3                          - - -

 4   CISCO SYSTEMS, INC.,          )      Civil Action
                                   )
 5            Plaintiff,           )
                                   )
 6       v.                        )
                                   )
 7   MOSAID TECHNOLOGIES INC.,     )
                                   )
 8            Defendant.           )      No. 10-687-GMS

 9                          - - -
                      Wilmington, Delaware
10                  Friday, November 2, 2012
                          11:00 a.m.
11                    Telephone Conference
                            - - -
12
     BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge
13
     APPEARANCES:
14
             JACK B. BLUMENFELD, ESQ.
15           Morris Nichols Arsht & Tunnell LLP
                       -and-
16           ERIC R. LAMISON, ESQ.
             Kirkland & Ellis LLP (San Francisco, CA)
17           STEVEN CHERNY, ESQ.
             Kirkland & Ellis LLP (New York, N.Y.)
18           MICHAEL W. DE VRIES, ESQ.
             Kirkland & Ellis LLP (Los Angeles, CA)
19
                             Counsel for Plaintiff
20
             PHILIP A. ROVNER, ESQ.
21           Potter Anderson & Corroon LLP
                       -and-
22           BRIAN A. ROSENTHAL, ESQ.
             Mayer Brown LLP (Washington, D.C.)
23           STEVEN YOVITS, ESQ.
             Mayer Brown LLP
24           (Chicago, IL)

25                           Counsel for Defendant
```

```
 1                THE COURT:  Good morning, counsel.  Who is on the
 2     line for Cisco this morning?
 3                MR. BLUMENFELD:  Good morning, Your Honor.  Jack
 4     Blumenfeld from Morris Nichols, along with Steve Cherny,
 5     Eric Lamison and Mike De Vries from Kirkland & Ellis.
 6                THE COURT:  Good morning.
 7                For Mosaid.
 8                MR. ROVNER:  Good morning, Your Honor.  This is
 9     Phil Rovner from Potter Anderson.  With me from Mayer Brown
10     is Brian Rosenthal and Steven Yovits.
11                THE COURT:  Good morning.
12                I think that's everyone.  Right?
13                MR. BLUMENFELD:  That is everyone.
14                THE COURT:  Thanks for the joint status report,
15     counsel.
16                I am not going to detain you very long.
17                Unless there is something we need to discuss in
18     the narrative pages of the report, why don't we go straight
19     to Exhibit A.  Anything we need to talk about in the
20     narrative pages?
21                MR. ROSENTHAL:  Your Honor, Brian Rosenthal on
22     behalf of Mosaid.  We were able to reach agreement on the
23     deposition limits yesterday.
24                THE COURT:  That's good, because I wasn't going
25     to talk about that anyway, counsel.  But go ahead.
```

```
 1                    MR. ROSENTHAL:  We just wanted to let the Court
 2     know that that is resolved.
 3                    THE COURT:  Appreciate that, and the cooperative
 4     spirit I am seeing thus far.  I know it won't last, but it's
 5     a good way to start.
 6                    MR. CHERNY:  Your Honor, we don't have anything
 7     that we need to discuss in the matter, either.
 8                    THE COURT:  Thanks, Mr. Cherny.
 9                    Let's go to Exhibit A.  I am going to ask
10     counsel for plaintiff, Mr. Blumenfeld, if you gentlemen
11     would prepare this case management order.
12                    MR. BLUMENFELD:  We would be glad to do that,
13     Your Honor.
14                    THE COURT:  The 13th would be a good day to have
15     it in by, if not before.  I will enter the order.
16                    I am going to just adopt all of the dates,
17     unless there is a need to amend anything that you have
18     proposed, and fill in the blanks.  I am going to adopt the
19     dates that have been jointly proposed and fill in the blanks
20     that have to do with the Court's schedule.  Is that
21     agreeable to everyone?
22                    UNIDENTIFIED SPEAKER:  Sure.
23                    UNIDENTIFIED SPEAKER:  Yes, Your Honor.
24                    THE COURT:  As well as the schedule you have
25     suggested for the filing of any summary judgment motions
```

1     that I might approve, that is fine as well.
2                 Markman.  We have ten patents in this case.  Is
3     that correct?
4                 UNIDENTIFIED SPEAKER:  That's correct, Your
5     Honor.
6                 THE COURT:  So you are going to have to give me
7     some idea of how much time we are going to need on the 28th
8     of October beginning at 9:30 to handle our Markman.
9                 MR. ROSENTHAL:  Your Honor, it's hard to say
10    now.  It really depends on how many terms are going to be at
11    issue.  Our expectation is that that number will be very
12    low, even though we have a lot of patents.  We know that
13    that is the Court's practice.
14                So we think that a half-day or maybe most of a
15    day would be ideal.
16                THE COURT:  Okay.
17                MR. CHERNY:  Your Honor, I don't know, although
18    we have had a good set of compromises so far, I am not so
19    sure I am as optimistic about the number of terms at this
20    point given the number of patents at issue.  We know
21    something about each other's position on some of these
22    patents because we spent some time in the ITC together on
23    these patents.  But others we don't.  I think that we
24    probably need at least a day.  And given the number of
25    patents there might be some prudence in putting aside as far

1    as the next day.  But I know the Court tends not to spend a

2    huge amount of time on these hearings.  It's just we have

3    got a lot of patents.  Obviously, it is in all of our

4    interests if we don't have a whole lot of disputed terms to

5    not take the Court's time up.

6            THE COURT:  Understood.  Why don't we, as

7    indicated, start on the 28th at 9:30.  I will set aside a

8    day.  I imagine that we will be able to get through it in a

9    day.  Should it come to pass that, for some reason, we are

10   not as efficient or there is just the sheer number and

11   volume of disputed elements creating the need for additional

12   time, we will flex with it at that time.

13           MR. CHERNY:  Thank you, Your Honor.

14           THE COURT:  Proposed final pretrial order, if

15   you would have that filed by the close of business on

16   10/17/2014.

17           We will have a pretrial conference here in

18   Wilmington on 10/31, beginning at 10:00.  Then I am going to

19   set this down for commencement of trial at 11/10/2014.

20           I am imagining that we should be able to get

21   this matter to the jury, at least to the jury, in ten days.

22   Does that sound reasonable, gentlemen?

23           UNIDENTIFIED SPEAKER:  Yes, Your Honor.

24           UNIDENTIFIED SPEAKER:  Yes, Your Honor.

25           THE COURT:  I will set it down for a ten-day

1    jury trial.

2            Let's see.  One other thing I think I wanted to
3    discuss with you.  Just bear with me a second.
4            Good.  You do believe that referral at this time
5    to a Magistrate Judge would be appropriate.  So please just
6    include language to that effect in the case management
7    order.  Counsel, they are now assigning ADR matters among
8    themselves on a rotating basis.  So I can't tell you any
9    longer -- we are so flush with judicial resources here
10   now -- who is going to end up being assigned.

11           In any event, please allow them to reach out to
12   you.  They will follow, I think, Judge Thynge's practice of
13   understanding that you need to be some distance down the
14   discovery road before you can have a meaningful conversation
15   about the ADR process.  Okay?

16           Counsel, is there anything else we need to talk
17   about today?.

18                   MR. ROSENTHAL:  Not from Mosaid's perspective,
19   Your Honor.

20                   MR. CHERNY:  Not from Cisco's perspective,
21   either, Your Honor.

22                   THE COURT:  I think you in one or form or
23   another have been in front of me before.  So you know my
24   dispute resolution process and my other nudges and things.
25   So I am not going to bore you with all that stuff.

```
 1                  Have a  good weekend.
 2                  (Counsel respond "Thank you, Your Honor.")
 3                  (Matter concluded at 11:10 a.m.)
 4                             -  -  -
 5     Reporter:   Kevin Maurer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```