# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 10-687-GMS ) |
| MOSAID TECHNOLOGIES INC., Phillip Shaer, and John Lindgren, | ) ) **REDACTED PUBLIC VERSION** ) |
| Defendants. | ) Original Filing Date: August 30, 2013 ) Redacted Filing Date: September 6, 2013 |

**DEFENDANTS PHILLIP SHAER AND JOHN LINDGREN'S MOTION TO DISMISS CISCO SYSTEM, INC.'S SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

Defendants Phillip Shaer and John Lindgren, by counsel, move this Court to dismiss both claims asserted against them (Counts 21 and 22) in Cisco Systems, Inc.'s ("Cisco") Second Supplemental and Amended Complaint (D.I. 102) (the "complaint") for the following reasons, which are set forth more fully in the accompanying opening brief:

1. Both claims against Messrs. Shaer and Lindgren should be dismissed under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction. The complaint fails to allege facts to establish that the exercise of personal jurisdiction over either individual is authorized by the Delaware long-arm statute, 10 Del. C. § 3104(c), and consistent with the Due Process Clause. The complaint also fails to allege facts to establish personal jurisdiction over Messrs. Shaer and Lindgren under Fed. R. Civ. P. 4(k)(2).

2. Cisco's RICO claim (Count 21) should be dismissed under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. The complaint does not plead the required "pattern of racketeering activity." 18 U.S.C. § 1962(c).

3. Cisco's RICO claim also should be dismissed under Rule 12(b)(6) because the complaint does not plead RICO standing, which requires factual allegations sufficient to show that Cisco was "injured in [its] business or property by reason of a violation" of the RICO statute. 18 U.S.C. § 1964(c).

4. Cisco's claim under California's unfair competition law ("UCL"), Cal. Bus. & Prof. Code § 17200 *et seq.*, should be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. The claim is barred by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; the complaint fails to sufficiently allege injury as a result of an unfair business practice; California law does not recognize a UCL cause of action based ▮▮▮▮▮▮; and, because the complaint does not allege that any defendant obtained money or property from Cisco, the UCL restitution claim fails as a matter of law.

WHEREFORE, for the reasons set forth above and in the accompanying opening brief, the Court should dismiss the complaint as to Defendants Shaer and Lindgren with prejudice and grant such further relief as this Court deems just and appropriate.

Respectfully submitted,

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

William W. Taylor, III
Michael R. Smith
R. Miles Clark
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W. - Tenth Floor
Washington, D.C. 20036-5802
(202) 778-1800
wtaylor@zuckerman.com
msmith@zuckerman.com
mclark@zuckerman.com

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Counsel for Defendants Phillip Shaer and John Lindgren*

Dated: August 30, 2013

**CERTIFICATE OF SERVICE**

      I, Collins J. Seitz, Jr., hereby certify that on August 30, 2013, I caused ***Defendants Phillip Shaer and John Lindgren's Motion to Dismiss Cisco System, Inc.'s Second Supplemental and Amended Complaint*** to be served via electronic mail upon the following individuals:

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
mflynn@mnat.com

*Counsel for Plaintiff Cisco Systems, Inc.*

Eric R. Lamison
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
eric.lamison@kirkland.com

Steven Cherny
Brian Paul Gearing
Jordan N. Malz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
steven.cherny@kirkland.com
brian.gearing@kirkland.com
Jordan.malz@kirkland.com

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
michael.devries@kirkland.com

Elizabeth A. Cutri
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
elizabeth.cutri@kirkland.com

John M. Desmarais
DESMARAIS LLP
230 Park Avenue
New York, NY  10169-3400
jdesmarais@desmaraisllp.com

*Counsel for Plaintiff Cisco Systems, Inc.*

| | |
|---|---|
| Philip A. Rovner<br>Jonathan A. Choa<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Counsel for Defendant Mosaid Technologies Inc.* | Brian A. Rosenthal<br>Bryon T. Wasserman<br>MAYER BROWN LLP<br>1999 K Street, NW<br>Washington, D.C.  20006-1101<br>brosenthal@mayerbrown.com<br>bwasserman@mayerbrown.com<br><br>Steven Yovits<br>James R. Ferguson<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>syovits@mayerbrown.com<br>jferguson@mayerbrown.com<br><br>Anup K. Misra<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY  10019-5820<br>amisra@mayerbrown.com<br><br>John D. Hamann<br>HAMILTON, BROOK, SMITH & REYNOLDS, PC<br>530 Virginia Road<br>Concord, MA  01742-9133<br>John.hamann@hbsr.com<br><br>*Counsel for Defendant Mosaid Technologies Inc.* |

                                                     */s/ Collins J. Seitz, Jr.*
                                                     Collins J. Seitz, Jr. (Bar No. 2237)