IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 10-687 (GMS) |
| ) | |
| CONVERSANT INTELLECTUAL ) | |
| PROPERTY MANAGEMENT INC., ) | |
| PHILLIP SHAER and JOHN LINDGREN, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Cisco Systems, Inc. ("Cisco") and Conversant Intellectual Property Management Inc., Phillip Shaer, and John Lindgren (collectively, "Conversant Defendants") announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims and counterclaims in this action are dismissed with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that this Court retains jurisdiction over enforcement of the terms of the parties' settlement agreement, a confidential version of which was filed under seal as Exhibit 1 to the parties' agreed motion seeking entry of this order.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

This is a final judgment.

IT IS SO ORDERED this ___17th___ day of April 2014.

The Honorable Gregory M. Sleet
Chief Judge, United States District Court